AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

NOV 1 3 2025

**TAMMY H. DOWNS, CLERK**

By:_____ DEP CLERK

Navashia' Akins

_____
Plaintiff/Petitioner

v.

_____
Defendant/Respondent

)
)
)
)
)
)

Civil Action No.  4:25-cv-1183-DPM

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ 1167.20 , and my take-home pay or wages are:  $ 1156.00 per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ *0.00* .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

*None*

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: *Housing $300 transportation $540 food $300 phone $200*

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: *None*

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: *None*

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: *11/13/2025*

*Navashia Akins*
*Applicant's signature*

*Navashia Akins*
*Printed name*

**STATEMENT OF FINANCIAL HARDSHIP**

I, Navashia Akins, respectfully submit this statement in support of my Motion to Proceed In Forma Pauperis.

I am currently unable to afford the costs associated with filing this case. I am a resident of Pulaski County, Arkansas, and I rely on Social Security Disability Income (SSDI) due to my diagnosed anxiety and depression. These conditions have significantly limited my ability to maintain steady employment or generate sufficient income.

At this time, I do not have regular income from employment and I have no significant assets or savings. I do not own property or investments, and my monthly income is used to cover basic living expenses such as housing, utilities, food, and transportation. Any attempt to pay filing fees would cause financial hardship and disrupt my ability to meet basic needs.

This request is made in good faith and not for the purpose of delay or to burden the Court. I respectfully request that the Court allow me to proceed without prepayment of fees and costs.

Respectfully submitted,

Navashia Akins

10434 W 36th St, Apt 13D

Little Rock, AR 72204

tazakins@gmail.com

Signature: Navashia Akins    Date: 11·13·2025