IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                                                                    PLAINTIFF

v.                                      No. 4:25-cv-1183-DPM

TIMOTHY D. FOX, Judge, Official
Capacity; LL GLENN PLAZA LOOP, LLC,
Individual and Official Capacities, d/b/a
Steve Landers Chrysler Dodge Jeep Ram;
and TRISTAN BENNET FRANKS,
Attorney, Barber Law Firm, Individual
and Official Capacity                                                                         DEFENDANTS

## JUDGMENT

Akins's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2025