IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                                                PLAINTIFF

v.                              No. 4:25-cv-1183-DPM

TIMOTHY D. FOX, Judge, Official
Capacity; LL GLENN PLAZA LOOP, LLC,
Individual and Official Capacities, d/b/a
Steve Landers Chrysler Dodge Jeep Ram;
and TRISTAN BENNET FRANKS,
Attorney, Barber Law Firm, Individual
and Official Capacity                                                        DEFENDANTS

ORDER

Motion, *Doc. 5*, partly denied and partly granted as modified. Akins's request to voluntarily dismiss this case is moot because the Court has already screened and dismissed it. Considering all the material circumstances, the Court reduces what Akins must pay as a filing fee over time. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986); *Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995). Akins must pay a total of $25 as a partial fee, payable at $5 each month. The payments are due by the 10th of each month, starting 10 January 2026.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.

United States District Judge

31 December 2025